# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL, | No. 2:21-CV-2129-KJM-AC-P |
| Plaintiff, | |
| v. | ORDER |
| K. GIBBS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 23, for emergency relief, which the Court construes as a motion to vacate the settlement conference currently set for September 5, 2023, before the undersigned via Zoom. Also before the Court in response to Plaintiff's filing is Defendants' request to continue the settlement conference, ECF No. 24. Good cause appearing therefor based on Plaintiff's declaration indicating that Plaintiff is currently in administrative segregation for suicide watch and is unable to prepare for the conference, the parties' requests will be granted.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion, ECF No. 23, is GRANTED.

2. Defendants' motion, ECF No. 24, is GRANTED.

3. The settlement conference set for September 5, 2023, before the undersigned is VACATED.

4. The writ of habeas corpus ad testificandum issued on August 15, 2023, ECF No. 22, is VACATED.

5. The stay of proceedings is EXTENDED for an additional 60 days from the date of this order.

6. A settlement conference will be re-set by separate order.

Dated: August 31, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE