UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>K. GIBBS, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-2129 KJM AC P<br><br><br>ORDER |

  Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  After this case was referred to the Post-Screening ADR Project and set for a settlement conference, plaintiff filed a notice that she had been placed in administrative segregation and was unable to meaningfully prepare for the settlement conference.  ECF No. 23.  Defendants then requested the settlement conference be continued.  ECF No. 24.  As a result, the settlement conference was continued.  ECF No. 25.  Plaintiff has now filed a notice of change of address indicating that she has been transferred to a new prison.  ECF No. 27.  In light of this notice, it appears that plaintiff may now be in a position to prepare for and participate in a settlement conference.

////

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this
2 order, plaintiff shall notify the court whether she is still being housed in administrative
3 segregation and whether she is capable of preparing for and participating in a settlement
4 conference.

5 DATED: October 4, 2023

                                      ALLISON CLAIRE
                                      UNITED STATES MAGISTRATE JUDGE