UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL, | No. 2:21-cv-2129 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| K. GIBBS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed May 26, 2023, this case was referred to the Post-Screening ADR Project and stayed for 120 days. ECF No. 18. A settlement conference was subsequently scheduled for September 5, 2023. ECF No. 21. However, the settlement conference was later vacated due to plaintiff's placement in administrative segregation for suicide watch. ECF No. 25. After plaintiff filed a notice of change of address (ECF No. 27), she was ordered to notify the court whether she was still being housed in administrative segregation and whether she was capable of preparing for and participating in a settlement conference (ECF No. 28). The time for responding has passed without any response from plaintiff. Defendants will therefore be required to inquire into plaintiff's housing status and advise the court whether plaintiff is currently housed in administrative segregation or subject to any other housing assignment, such as a mental health crisis bed, that might affect her ability to prepare for or participate in a settlement conference.

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this order, defendants shall advise the court regarding plaintiff's housing status as set forth above.

DATED: November 13, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE