IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL, | No. 2:21-CV-2129-KJM-AC-P |
| Plaintiff, | |
| v. | ORDER |
| K. GIBBS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to the undersigned for a settlement conference, which was held on February 6, 2024, at which time the case settled subject to various agreed terms. Pending before the Court is Plaintiff's motion to enforce a settlement agreement. See ECF No. 35. Defendants have filed a response. See ECF No. 36. The matter was set for a hearing before the undersigned via Zoom on May 3, 2024. Mohammad Iranmanesh, Esq. appeared for Defendants. Plaintiff pro se did not appear due to technical difficulties.

The Court finds that Plaintiff's motion is well-taken. The parties agreed at the original settlement conference that defense counsel would, as a material term of the settlement agreement, provide Plaintiff with a list containing contact information (i.e., first initial, last name, phone number, and mailing address) for various prison officials. A review of the list provided to Plaintiff, which defense counsel has attached to its response to Plaintiff's pending motion, does

1

not appear to be complete and, as such, does not satisfy the agreement of the parties reached at the settlement conference and placed on the record on February 6, 2024.  Defendants shall supplement the list previously provided to Plaintiff by identifying the contact information specified above for the warden, deputy warden, chief of mental health, and other personnel at Mule Creek State Prison.  This supplemental list shall be provided to Plaintiff on or before May 20, 2024.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to enforce the settlement agreement in this case, ECF No. 35, is GRANTED.

2. Defense counsel shall provide Plaintiff a supplemental list, as described more fully above, on or before May 20, 2024.

3. Dispositional documents shall be filed with the Court on or before June 10, 2024.

4. The Court continues to retain jurisdiction to enforce the settlement agreement reached on February 6, 2024.

Dated:  May 9, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE