UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>   Plaintiff,<br><br>   v.<br><br>K. GIBBS, et al.,<br><br>   Defendants. | No. 2:21-cv-2129 KJM AC P<br><br><br><br>ORDER |

On May 3, 2024, the Honorable Dennis M. Cota held a hearing on plaintiff's motion to enforce the settlement agreement. ECF No. 41. Judge Cota subsequently issued an order granting plaintiff's motion to enforce and noted that plaintiff was not present due to technical difficulties. ECF No. 42. Plaintiff has since filed a motion requesting that the court reschedule the hearing due to the prison's failure to make her available at the hearing. ECF No. 43. In light of the fact that plaintiff's motion has been granted, the request to reschedule the hearing will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to reschedule the video conference (ECF No. 43) is DENIED as moot.

DATED: May 20, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE